**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| MONYA ORTEGA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 24-00676-CV-W-BP |
| | ) | |
| WAIAKEA BOTTLING INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 1st day of October 2025, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** against Defendants Waiakea Bottling Inc., Waiakea, Inc., and Sam's West, Inc. d/b/a Sam's Club with prejudice. Each party shall bear their own attorneys' fees, expenses, and costs.
.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   October 24, 2025